# EXHIBIT A

# LAUREN SÁNCHEZ

# THE FLY WHO FLEW

## TO SPACE

Illustrated by
## RALEIGH STEWART

GLOW-IN-THE-DARK JACKET POSTER & SPECIAL PAGE WITHIN!